| | |
|---|---|
| 1  E. MARTIN ESTRADA<br>   United States Attorney<br>2  DAVID M. HARRIS<br>3  Assistant United States Attorney<br>   Chief, Civil Division<br>4  CEDINA M. KIM<br>5  Assistant United States Attorney<br>   Senior Litigation Counsel, Civil Division<br>6  JENNIFER LEE TARN, CSBN 240609<br>7  Special Assistant United States Attorney<br>8      Office of the General Counsel<br>       Office of Program Litigation<br>9      Social Security Administration<br>10     6401 Security Boulevard<br>       Baltimore, MD 21235<br>11     Telephone: (510) 970-4861<br>12     Facsimile: (415) 744-0134<br>13     Email: Jennifer.Tarn@ssa.gov<br>   Attorneys for Defendant | JS-6 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY DEQUNA ROSE,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:23-cv-01124-KES<br><br>**[PROPOSED]** **JUDGMENT** |

-1-

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: April 12, 2023

/s/ Karen E. Scott
HONORABLE JUDGE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE