LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
 1420 E. Cooley Dr., Suite 100
 Colton, California 92324
 Telephone: (909) 954-2380
 Facsimile: (909) 796-3402
 E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIMOTHY ROSE, | No. 2:23-cv-01124-KES |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

 Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

 IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND TWO HUNDRED FIFTY-SIX DOLLARS AND 35/100 ($1,256.35) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: <u>May 10, 2023</u>  *Karen E. Scott*
          HON. KAREN E. SCOTT
          UNITED STATES MAGISTRATE JUDGE